JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1 8 9 1**

DEC 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST
LITIGATION

MDL No. 1891

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Otero.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 56

**OFFICIAL FILE COPY**

IMAGED DEC 28 2007

IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST LITIGATION

MDL No. 1891

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-4576 | R. Stan Morris v. Korean Air Lines Co., Ltd. |
| CAN 3 07-4891 | Tae Ki Hwang, et al. v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-4977 | Chaejean Ko v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5093 | Jason Kim v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5142 | Junghee Kay v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5143 | Julie Yim, et al. v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5171 | Kangsik Kay v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5216 | Jo Kyu Chun v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5406 | Won B. Kang, et al. v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5407 | Christopher James Lee, et al. v. Korean Air Lines Co., Ltd., et al. |
| CAN 3 07-5409 | Peter Kim v. Korean Air Lines Co., Ltd., et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 07-2129 | John Perry v. Korean Air Lines Co., Ltd., et al. |
| **MINNESOTA** | |
| MN 0 07-3906 | Steven Y. Hong, et al. v. Korean Air Lines Co., Ltd, et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 07-1373 | Ki Won Lee v. Korean Air Lines Co, Ltd., et al. |
| WAW 2 07-1382 | Sungshic Park v. Korean Air Lines Co., Ltd. |
| WAW 2 07-1450 | Ki Ja Chung, et al. v. Asiana Airlines, Inc., et al. |
| WAW 2 07-1478 | Jane Kim v. Korean Air Lines Co., Ltd. |
| WAW 2 07-1506 | Edward Yoo v. Korean Air Lines Co., Ltd., et al. |
| WAW 2 07-1507 | Eddie Moon v. Korean Air Lines Co., Ltd., et al. |
| WAW 2 07-1599 | Edward Cho v. Korean Air Lines Co., Ltd. |
| WAW 2 07-1602 | Chang Choo v. Korean Air Lines Co., Ltd. |
| WAW 2 07-1643 | Mark Youn v. Korean Air Lines Co., Ltd. |
| WAW 2 07-1691 | Gyeong Hyeon Lee, et al. v. Korean Air Lines Co., Ltd. |
| WAW 2 07-1799 | Kevin Moon, et al. v. Korean Air Lines Co., Ltd., et al. |