**MDL 1891**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 4 2008

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | MDL No. 1775 |
| IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST LITIGATION | MDL No. 1891 |
| James Pa v. Korean Air Lines Co., Ltd., et al., N.D. California, C.A. No. 3:07-5461 | |

## MDL No. 1775 CONDITIONAL TRANSFER ORDER (CTO-6) WITH SEPARATION, REMAND AND MDL No. 1891 CONDITIONAL TRANSFER ORDER (CTO-2)

On June 20, 2006, the Panel transferred 12 civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL No. 1775 pursuant to 28 U.S.C. § 1407. See 435 F.Supp.2d 1442 (J.P.M.L. 2006). Since that time, 41 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John Gleeson.

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings in MDL No. 1891 pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the action on this conditional transfer order comprises claims relating to: (1) alleged improper surcharges for air cargo shipping services which involve common questions of fact with the previously transferred MDL No. 1775 actions; and (2) alleged price fixing of base fares and/or fuel surcharges added to passenger airfares between the United States and Korea which involve common questions of fact with the previously transferred MDL No. 1891 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL No. 1775 transfer order of June 20, 2006, and, with the consent of that court, assigned to the Honorable John Gleeson.

The claims in this action relating to the alleged price fixing of base fares and/or fuel surcharges added to passenger airfares between the United States and Korea are hereby separated and simultaneously remanded under 28 U.S.C. § 1407(a), to the Northern District of California.

**OFFICIAL FILE COPY**  IMAGED JAN 7 2008

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), the resulting alleged price fixing of base airfare and/or fuel surcharges added to passenger airfares between the United States and Korea action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the MDL No. 1891 transfer order of December 19, 2007, and, with the consent of that court assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the offices of: (1) the Clerk of the United States District Court for the Eastern District of New York; and (2) the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel